| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| United States of America, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| versus | § | Criminal H-11-116 |
| Maria Rojas (a/k/a Nancy) and Javier Belmontes, | § | |
| Defendants. | § | |

## ORDER APPROVING SALE OF MENDEZ PROPERTY

1. The court appointed Rebecca Hafner receiver of various properties owned by the Defendants (Document No. 374) and directed her to arrange for the sale of the properties. Hafner and the United States have provided the court with information regarding the proposed sale of 7902 Mendez Street, Houston, Texas.

2. The interest of Maria Rojas in the Mendez real property was forfeited pursuant to order dated April 9, 2012 (docket entry 258). Javier Belmontes' 50% community property interest (as the husband of Maria Rojas) in the Mendez real property was not forfeited.

3. The court approves the sale of the following property (numbered as in the Order Appointing Receiver) pursuant to the earnest money contract submitted under seal:

   1J.  <u>7902 Mendez Street, Houston, Texas 77029</u>, legally described as Lot One (1), Block Twenty-four (24), Port Houston, N.S.B.B. according to the map or plat thereof recorded in Volume 2, Page 51, Map Records, Harris County, Texas.

4. The court approves the form of the proposed Receiver's Special Warranty Deed, which shall be provided to the buyer at closing.

5. Hafner will receive 5% of the gross sales proceeds as compensation, which shall be paid at closing out of the proceeds of the sale.

6. Hafner will pay the property taxes, the realtor fees, and the closing costs out of the sales proceeds.

7. The remaining proceeds will then be divided in half. Hafner will cause the net sales proceeds from Maria Rojas' half to be deposited into the registry of the court to be used toward victim restitution.

8. The half of the proceeds that would belong to Javier Belmontes is subject to various liens, including those filed by the Internal Revenue Service. Belmontes' half of the proceeds will be paid toward the outstanding federal tax debt.

Signed on ___November 7___, 2013, at Houston, Texas.

Lynn N. Hughes
United States District Judge

